

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2015

No. 04-15-00305-CR

Brian Keith **GORHAM,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10383
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is GRANTED. The appellant's brief is due on October 30, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court